UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:09CR6 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL OF COUNT 2 |
| | ) | OF BILL OF INDICTMENT |
| DANIEL KING | ) | |

Leave of Court is hereby granted for the dismissal of Count 2 of the Bill of Indictment as to defendant **DANIEL KING** in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

Signed: July 9, 2009

Richard L. Voorhees
United States District Judge